**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Andoine Radondo Richardson |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number | 2455360 |

Official Form 410S1

# Notice of Mortgage Payment Change   12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): _____

**Date of payment change:**
Must be at least 21 days after date of this notice    07/01/2024

**New total payment:**
Principal, interest, and escrow, if any    $ 1379.71

**Last 4 digits** of any number you use to identify the debtor's account: 3 9 9 1

### Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $ 451.40          **New escrow payment:** $ 456.24

### Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:** _____%          **New interest rate:** _____%

**Current principal and interest payment:** $ _____          **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    (*Court approval may be required before the payment change can take effect.*)
Reason for change:

**Current mortgage payment:** $ _____          **New mortgage payment:** $ _____

Official Form 410S1          **Notice of Mortgage Payment Change**          page 1

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Angela M. Mills-Fowler          Date  06/04/2024
  Signature

Print:  FOWLER, ANGELA M. MILLS                VP Loan Documentation
        First Name   Middle Name   Last Name    Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number        Street
         P.O. Box 1629
         Address 2
         Minneapolis          MN    55440-9790
         City                 State  ZIP Code

Contact phone  800-274-7025           NoticeOfPaymentChangeInquiries@wellsfargo.com
                                       Email

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

Chapter 13   No. 2455360
Judge: James R. Sacca

In re:

Andoine Radondo Richardson

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before June 05, 2024 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

**Debtor:**

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Andoine Radondo Richardson
1265 Corley Road NW

Conyers GA 30012

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

**Debtor's Attorney:**

By Court's CM/ECF system registered email address

Raychelle L. Vinson
Raychelle L Vinson, PA
PO Box 161556

Atlanta GA 30321

By Court's CM/ECF system registered email address

N/A

**Trustee:**

By Court's CM/ECF system registered email address

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Truist Plaza Garden Offices
Atlanta GA 30303

/s/Angela M. Mills-Fowler

VP Loan Documentation

Wells Fargo Bank, N.A.



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

## Escrow Review Statement
*For informational purposes only*

**Statement Date:** June 3, 2024
**Loan number:**
**Property address:**
   1265 CORLEY ROAD NW
   CONYERS GA 30012

ANDOINE RICHARDSON
1265 CORLEY RD NW
CONYERS GA 30012-2043

### Customer Service

 **Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

 **Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

 **To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

---

*If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The informational summaries below are based on the terms of the loan.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required minimum balance**: The escrow account balance is projected to be equal to the required minimum balance.

- **Payments**: As of the **July 1, 2024** payment, the escrow portion of the payment **increases**.

> **The account balance is sufficient. Our review shows no projected shortage or overage.**

## Part 1 - Mortgage payment

**New Payment** | **The new total payment will be $1,379.71**

|  | Previous payment through 06/01/2024 payment date | New payment beginning with the 07/01/2024 payment |
|---|---:|---:|
| **Principal and/or interest** | $923.47 | $923.47 |
| **Escrow payment** | $451.40 | $456.24 |
| **Total payment amount** | $1,374.87 | $1,379.71 |

> **No action required**
>
> Starting **July 1, 2024** the new payment amount will be **$1,379.71**

See the following pages for more detail.

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $111.26. For the coming year, we expect the amount paid from escrow to be $5,474.85.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 06/22 - 05/23 (Actual) | 06/23 - 05/24 (Actual) | 06/24 - 06/24 (Actual) | 07/24 - 06/25 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $2,147.26 | $1,692.73 | $0.00 | $1,692.73 | ÷ | 12 | = | $141.06 |
| **Property insurance** | $2,389.00 | $2,447.00 | $0.00 | $2,447.00 | ÷ | 12 | = | $203.92 |
| **Total taxes and insurance** | $4,536.26 | $4,139.73 | $0.00 | $4,139.73 | ÷ | 12 | = | $344.98 |
| **Escrow shortage** | $55.15 | $230.44 | $0.00 | $0.00 |  |  |  |  |
| **Mortgage insurance** | $1,404.22 | $1,367.12 | $111.26 | $1,335.12 | ÷ | 12 | = | $111.26 |
| **Total escrow** | $5,995.63 | $5,737.29 | $111.26 | $5,474.85 |  |  |  | $456.24 |

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance October 2024 |   | $641.65 | (Calculated in Part 4 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment‡ | + | $48.31 |  |
| Minimum balance for the escrow account† | - | $689.96 |  |
| **Escrow overage/shortage** | = | $0.00 | (Escrow balance is sufficient) |

‡This adjustment of $48.31, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance as allowed by state laws and/or the mortgage contract. The cash reserve amount does not include mortgage insurance. This account is set to a 2 month cash reserve amount. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 6.

## Part 3 - Escrow account history

### Escrow account activity from April 2024 to June 2024

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Apr 2024 | | | | | | | Starting Balance | $3,502.76 | | |
| Apr 2024 | $504.17 | | | $834.35 | | | ESC REFUND | $3,172.58 | | |
| May 2024 | $451.40 | | | $111.26 | | | FHA INSURANC | $3,512.72 | | |
| May 2024 | $0.00 | | | $2,447.00 | | | HAZARD INS | $1,065.72 | | |
| Jun 2024 (estimate) | $0.00 | $451.40 | -$451.40 | $111.26 | $111.26 | $0.00 | FHA Insurance | $954.46 | $3,401.46 | -$2,447.00 |
| Jun 2024 | $0.00 | $0.00 | $0.00 | $0.00 | $2,389.00 | -$2,389.00 | STATE FARM INS | $954.46 | $1,012.46 | -$58.00 |
| Totals | $955.57 | $451.40 | -$451.40 | $3,503.87 | $2,500.26 | -$2,389.00 | | | | |

If the activity contains (estimate), then "deposits to" or "payments from" escrow or both are estimated amounts that have not actually occurred.

## Part 4 - Escrow account projections

### Escrow account projections from July 2024 to June 2025

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Jun 2024 | | | Starting balance | $954.46 | $1,002.77 |
| Jul 2024 | $456.24 | $111.26 | FHA Insurance | $1,299.44 | $1,347.75 |
| Aug 2024 | $456.24 | $111.26 | FHA Insurance | $1,644.42 | $1,692.73 |
| Sep 2024 | $456.24 | $111.26 | FHA Insurance | $1,989.40 | $2,037.71 |
| Oct 2024 | $456.24 | $111.26 | FHA Insurance | $2,334.38 | $2,382.69 |
| Oct 2024 | $0.00 | $1,692.73 | ROCKDALE COUNTY | $641.65 | $689.96 |
| Nov 2024 | $456.24 | $111.26 | FHA Insurance | $986.63 | $1,034.94 |
| Dec 2024 | $456.24 | $111.26 | FHA Insurance | $1,331.61 | $1,379.92 |
| Jan 2025 | $456.24 | $111.26 | FHA Insurance | $1,676.59 | $1,724.90 |
| Feb 2025 | $456.24 | $111.26 | FHA Insurance | $2,021.57 | $2,069.88 |
| Mar 2025 | $456.24 | $111.26 | FHA Insurance | $2,366.55 | $2,414.86 |
| Apr 2025 | $456.24 | $111.26 | FHA Insurance | $2,711.53 | $2,759.84 |
| May 2025 | $456.24 | $111.26 | FHA Insurance | $3,056.51 | $3,104.82 |
| Jun 2025 | $456.24 | $111.26 | FHA Insurance | $3,401.49 | $3,449.80 |
| Jun 2025 | $0.00 | $2,447.00 | STATE FARM INS | $954.49 | $1,002.80 |
| Totals | $5,474.88 | $5,474.85 | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2022 Wells Fargo Bank, N. A. All rights reserved.
NMLSR ID 399801   Member FDIC